1  Janine K. Jeffery, Esq. CBN 112639
    Jjeffery@reilyjeffery.com
2  REILY & JEFFERY, INC.
   5900 Canoga Avenue, Suite 350
3  Woodland Hills, CA 91367
   Telephone:  (818) 350-6282
4  Fax No.:  (818) 350-6283

5  Attorneys for Defendant, David Gonzalez

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12  EMORY MCPHERSON,                    )   CASE NO. 3:15-cv-03145-EMC
                                        )
13          Plaintiff,                  )   *[PROPOSED]* ORDER GRANTING
                                        )   SUBSTITUTION OF ATTORNEY
14      vs.                             )
                                        )
15  R. GROUNDS, et al.,                 )
                                        )
16          Defendants.                 )
                                        )
17  _____    )

18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                      NORTHER DISTRICT OF CALIFORNIA

10
11
12   EMORY MCPHERSON,                    )    CASE NO. 3:15-cv-03145-EMC
                                         )
           Plaintiff,                    )    *[PROPOSED]* ORDER GRANTING
13                                       )    SUBSTITUTION OF ATTORNEY
        vs.                              )
14                                       )
     R. GROUNDS, et al.,                 )
15                                       )
           Defendants.                   )
16                                       )
                                         )
17   _____     )

18
           Good cause having been shown, this Court hereby approves the
19
     substitution of attorney filed by D. Gonzalez substituting Janine K. Jeffery of Reily
20
     & Jeffery, Inc., in place and instead of Chad Allen Stegeman.
21
22
           IT IS SO ORDERED:
23
24
                          2/10/16
25   Dated: _____           _____
                                             Hon.
26                                           IT IS SO ORDERED
                                             Judge Edward M. Chen
27
28
                                         1
                 *[PROPOSED]* ORDER GRANTING SUBSTITUTION OF ATTORNEY

PROOF OF SERVICE

I, Leslie C. Toledo, am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 5900 Canoga Avenue, Suite 350, Woodland Hills, California  91367.

On January 27, 2016, I served the foregoing document described as *[PROPOSED]* **ORDER GRANTING SUBSTITUTION OF ATTORNEY** on the interested parties in this action as follows:

Emory McPherson
T-87878
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960
PRO SE

\_\_\_\_    **BY OVERNITE EXPRESS OVERNIGHT MAIL.**  The documents were placed in sealed, addressed packages for overnight delivery on this date in the ordinary court of business, with all charges prepaid for overnight delivery, to be deposited in a facility regularly maintained by the overnight delivery carrier, or delivered to a courier or driver authorized by the overnight delivery carrier to receive such packages.

\_X\_    **BY FIRST CLASS MAIL:** The documents were placed in a sealed, addressed envelopes.  I caused such envelopes to be deposited in the mail at Los Angeles, California.  The envelope were mailed with postage fully prepaid.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_    **BY FACSIMILE TRANSMISSION.**  I caused said document to be transmitted by Facsimile machine to:

Executed on January 27, 2016 at Woodland Hills, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Leslie C. Toledo*
Leslie C. Toledo