UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EMORY MCPHERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>ALAMO, et al.,<br><br>  Defendants. | Case No.  15-cv-03145-EMC   (NJV)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on February 24, 2017, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

( X )  Plaintiff,  Emory McPherson, Pro Se.

(  )  Warden or warden's representative

(  )  Office of the California Attorney General

( X )  Other: Janine K Jeffery and Paul Tozer for CDCR.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3)  The outcome of the proceeding was:

( X )  The case has been completely settled.

(  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1       ( ) The parties are unable to reach an agreement at this time.

2     **IT IS SO ORDERED.**

3 Dated: February 24, 2017



NANDOR J. VADAS
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMORY MCPHERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMO, et al.,<br><br>    Defendants. | Case No.  15-cv-03145-EMC   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Emory McPherson ID: T-87878
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960


Dated: February 24, 2017

Susan Y. Soong
Clerk, United States District Court

By: /s/ Gloria Knudson
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3